Commonwealth *v.* Saunders, Appellant.

Submitted November 10, 1969. Before BELL, C. J.,
JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY,
JJ.

*Clarence V. Saunders,* appellant, in propria persona.

*Edward G. Rendell* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, March 20, 1970:
Order affirmed.